IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOSEPH FERRIS                                           PLAINTIFF

v.                               CIVIL NO. 07 3030

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 26th day of June 2007:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of June 22, 2007. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 29 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)